Certificate Number: 17572-PAM-DE-036068905

Bankruptcy Case Number: 21-02192



17572-PAM-DE-036068905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2021, at 2:10 o'clock PM PDT, Bryan H Gottstein completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 16, 2021          By: /s/Benjamin E Wunsch

                                Name: Benjamin E Wunsch

                                Title: Counselor