Certificate Number: 17572-PAM-DE-036068906

Bankruptcy Case Number: 21-02192



17572-PAM-DE-036068906

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>October 16, 2021</u>, at <u>2:10</u> o'clock <u>PM PDT</u>, <u>Beverly A Gottstein</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   October 16, 2021          By:   /s/Benjamin E Wunsch

                                                       Name:   Benjamin E Wunsch

                                                       Title:   Counselor