| | |
|---|---|
| In re: | Case No. 21-02192-MJC |
| Bryan Harry Gottstein | Chapter 13 |
| Beverly Ann Gottstein | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 16, 2021 | Form ID: ntcnfhrg | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Bryan Harry Gottstein, Beverly Ann Gottstein, 48 Hometown Ave, Tamaqua, PA 18252-4035 |
| 5439768 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 5439771 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 5439784 | | First National Bank of Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5439785 | + | Fnb of Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 5439766 | | Gottstein Beverly Ann, 48 Hometown Ave, Tamaqua, PA 18252-4035 |
| 5439765 | | Gottstein Bryan Harry, 48 Hometown Ave, Tamaqua, PA 18252-4035 |
| 5439767 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5440472 | + | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 5444571 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5439798 | | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5439799 | | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 5443496 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2021 18:40:48 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 16 2021 18:40:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5439770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 18:40:47 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5439772 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 16 2021 18:40:44 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5440408 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2021 18:40:44 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445059 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 16 2021 18:40:40 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5439773 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 18:40:44 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5439774 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 18:40:41 | Capitalone, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5439775 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 5439776 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5439777 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5439778 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5439779 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | Comenitycb/overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5439780 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 18:38:00 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5439781 | Email/Text: Mercury@ebn.phinsolutions.com | Nov 16 2021 18:38:00 | Credit Card/Fb&T, PO Box 84064, Columbus, GA 31908-4064 |
| 5439782 | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2021 18:40:45 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5439783 | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2021 18:40:45 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5444518 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2021 18:40:45 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5439786 | Email/Text: Mercury@ebn.phinsolutions.com | Nov 16 2021 18:38:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5444789 + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2021 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5440674 | Email/PDF: pa_dc_claims@navient.com | Nov 16 2021 18:40:48 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5439787 | Email/PDF: pa_dc_claims@navient.com | Nov 16 2021 18:40:48 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5439789 | Email/PDF: pa_dc_claims@navient.com | Nov 16 2021 18:40:44 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5439788 | Email/PDF: pa_dc_claims@navient.com | Nov 16 2021 18:40:44 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 5439790 | Email/Text: bnc@nordstrom.com | Nov 16 2021 18:38:45 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 5439791 | Email/Text: bnc@nordstrom.com | Nov 16 2021 18:38:48 | Nordstrom/Td Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 5439792 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2021 18:40:42 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5439793 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2021 18:40:42 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5439794 | Email/PDF: cbp@onemainfinancial.com | Nov 16 2021 18:40:44 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5439795 | Email/PDF: cbp@onemainfinancial.com | Nov 16 2021 18:40:40 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5439797 | Email/Text: bkrgeneric@penfed.org | Nov 16 2021 18:38:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 5439796 | Email/Text: bkrgeneric@penfed.org | Nov 16 2021 18:38:00 | Pentagon Federal Cr Un, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5439801 + | Email/Text: bankruptcyteam@quickenloans.com | Nov 16 2021 18:38:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5439800 + | Email/Text: bankruptcyteam@quickenloans.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Nov 16 2021 18:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5439802 | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:47 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5439803 | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:40 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5440030 | + Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5439804 | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:47 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5439805 | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 18:40:47 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5439769 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Bryan Harry Gottstein MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Beverly Ann Gottstein MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bryan Harry Gottstein,
 aka Bryan Gottstein, aka Bryan H. Gottstein,

**Debtor 1**

Beverly Ann Gottstein,
 aka Beverly A. Gottstein, aka Beverly Gottstein,

**Debtor 2**

Chapter 13

Case No. 5:21−bk−02192−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 28, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 4, 2022 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 16, 2021 |

ntcnfhrg (08/21)