# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor(s) Name: | Bryan Harry Gottstein<br>Beverly Ann Gottstein |
| Case Number: | 21-02192 |
| Court Claim Number: | 8 |
| Date Claim Filed: | 11/1/2021 |
| Creditor Name and Address: | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Total Amount of Claim Filed: | $17,888.25 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed by: **/s/ Alex Jackson**           Dated: **6/29/2022**
Authorized agent for Creditor

Print Name: Alex Jackson