IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beverly Ann Gottstein aka Beverly A. Gottstein aka Beverly Gottstein<br>　　　Bryan Harry Gottstein aka Bryan Gottstein aka Bryan H. Gottstei<br>　　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Beverly Ann Gottstein aka Beverly A. Gottstein aka Beverly Gottstein<br>Bryan Harry Gottstein aka Bryan Gottstein aka Bryan H. Gottstei<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 21-02192 MJC<br><br>Chapter 13<br><br>Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Beverly Ann Gottstein aka Beverly A. Gottstein
aka Beverly Gottstein
48 Hometown Avenue
Tamaqua, PA 18252

Bryan Harry Gottstein aka Bryan Gottstein aka
Bryan H. Gottstei
48 Hometown Avenue
Tamaqua, PA 18252

Attorney for Debtor(s)
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street (VIA ECF)
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: October 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com